United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 22-11872-amc

Andrew Gudzelak, Jr.    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 17, 2024 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Gudzelak, Jr., 1131 Dickinson Street, Philadelphia, PA 19147-6324 |
| 14706320 | + | CrossCountry Mortgage, LLC, 6850 Miller Road, Brecksville, OH 44141-3222 |
| 14706323 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14706325 | + | Jonathan D. Alessio, 1131 Dickinson Street, Philadelphia, PA 19147-6324 |
| 14706326 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14706328 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2024 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: membersolutions@ardentcu.org | Apr 17 2024 23:52:00 | Ardent Federal Credit Union, 1500 Spring Garden Street, Suite 500, Philadelphia, PA 19130-4070 |
| 14706314 | | Email/Text: membersolutions@ardentcu.org | Apr 17 2024 23:52:00 | Ardent Federal Credit, 200 N 16th St, Philadelphia, PA 19102 |
| 14706313 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 17 2024 23:56:12 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14721872 | + | Email/Text: membersolutions@ardentcu.org | Apr 17 2024 23:52:00 | Ardent Federal Credit Union, 1500 Spring Garden St, Ste 500, Phila., PA 19130-4070 |
| 14706315 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 17 2024 23:52:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14706318 | | Email/Text: megan.harper@phila.gov | Apr 17 2024 23:52:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14736268 | | Email/Text: megan.harper@phila.gov | Apr 17 2024 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14706317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2024 23:56:20 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14706319 | + | Email/Text: bankruptcy@philapark.org | Apr 17 2024 23:52:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14724435 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 17 2024 23:52:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047 |

Case 22-11872-amc   Doc 39   Filed 04/19/24   Entered 04/20/24 00:32:10   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14706321 | | Email/Text: bankruptcycourts@equifax.com | Apr 17 2024 23:52:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14706322 | ^ | MEBN | Apr 17 2024 23:45:26 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14706324 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2024 23:52:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14706316 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2024 23:56:26 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14716337 | + | Email/Text: RASEBN@raslg.com | Apr 17 2024 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14724102 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2024 23:56:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14706327 | + | Email/Text: bankruptcy@philapark.org | Apr 17 2024 23:52:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14706329 | | Email/Text: DASPUBREC@transunion.com | Apr 17 2024 23:52:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

**Name**      **Email Address**

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Andrew Gudzelak Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
on behalf of Debtor Andrew Gudzelak Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT JOHN WILSON

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: pdf900 | Total Noticed: 26 |

on behalf of Creditor Ardent Federal Credit Union bob@rwilsonlawfirm.com  sharon@rwilsonlawfirm.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 22-11872-amc |
| Andrew Gudzelak, Jr., | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to Dismiss**

**AND NOW**, upon consideration of the Debtor's Motion to Dismiss, *see* 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the Court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. All wage orders presently in effect are **VACATED**.

3. This case is **DISMISSED**.

Date: April 17, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge